**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 269 EAL 2015

                Respondent              :

                                         :    Petition for Allowance of Appeal from

                                         :    the Order of the Superior Court

                v.                   :

                                           :

                                           :

JUWAHN THOMAS,                    :

                                           :

               Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.